UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:24-cv-00903-D-RJ

| | |
|---|---|
| MEDACI WELLNESS INSTITUTE LP, *Plaintiff*, v. PRAGMA FINANCE, LLC, *Defendant*. | **ENTRY OF DEFAULT** |

Defendant, Pragma Finance, LLC, having failed to file a pleading responsive to the Complaint within the time allowed by Federal Rule of Civil Procedure 12, the default of said Defendant is hereby duly entered according to law.

THIS the 12 day of December, 2024.

_____
Clerk of the United States District Court
for the Eastern District of North Carolina