UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:24-cv-00903-D-RJ

| | |
|---|---|
| MEDACI WELLNESS INSTITUTE LP, *Plaintiff*, v. PRAGMA FINANCE, LLC, *Defendant*. | **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

THIS MATTER coming on to be heard and being heard before the Honorable James C. Dever, III, United States District Court Judge for Eastern District of North Carolina, upon Plaintiff, Medaci Wellness Institute LP's Motion for Default Judgment. The Court, having considered Plaintiff's Motion for Default Judgment, the docket for this matter, and applicable law finds and concludes that Plaintiff's Motion for Default Judgment should be and hereby is **GRANTED**.

THEREFORE, IT IS HEREBY ORDERED AND DECREED that Plaintiff's Motion for Default Judgment should be and hereby is **GRANTED**. Plaintiff shall have twenty-one (21) days from entry of this Order to submit their proposed Default Judgment.

SO ORDERED. This the **25** day of March, 2025.

*Dever*
JAMES C. DEVER III
United State District Judge