UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:24-cv-00903-D-RJ

MEDACI WELLNESS INSTITUTE LP,

*Plaintiff*,

v.

PRAGMA FINANCE, LLC,

*Defendant*.

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COURT COSTS**

THIS MATTER coming on to be heard and being heard before the Honorable James C. Dever, III, United States District Court Judge for Eastern District of North Carolina, upon Motion for Attorneys' Fees and Court Costs of Plaintiff, Medaci Wellness Institute LP. The Court, having considered Plaintiff's Motion for Attorneys' Fees and Court Costs, the pleadings and filings for this matter, and applicable law, finds and concludes as follows:

1. Plaintiff is the prevailing party in the above-captioned lawsuit through the Court's order granting Plaintiff's Motion for Default Judgment.

2. Defendant willfully engaged in conduct violative of N.C. Gen. Stat. § 75-1.1 et seq.

3. Plaintiff suffered an actual injury as a result of Defendant's conduct violative of N.C. Gen. Stat. § 75-1.1 et seq.

4. Defendant unwarrantedly refused to fully resolve the matter which constitutes the basis of this lawsuit.

5. Plaintiff is entitled to recover reasonable attorneys' fees pursuant to N.C. Gen. Stat. § 75-16.1.

6. Plaintiff has incurred $48,903.00 in reasonable attorneys' fees and $350.00 in recoverable court costs in connection with the prosecution of this lawsuit and Defendant's unwarranted refusal to fully resolve the matter.

THEREFORE, IT IS HEREBY ORDERED AND DECREED that Plaintiff's Motion for Attorneys' Fees and Court Costs should be and hereby is **GRANTED**. Plaintiff's reasonable attorneys' fees in the amount of $48,903.00 and court costs in the amount of $350.00 shall be taxed against Defendant as a part of the Default Judgment.

SO ORDERED. This the 21 day of May, 2025.

JAMES C. DEVER III
United State District Judge