UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MEDACI WELLNESS INSTITUTE LP, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PRAGMA FINANCE, LLC, ) <br> ) <br> ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:24-CV-903-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's reasonable attorneys' fees in the amount of $48,903.00 and court costs in the amount of $350.00 shall be taxed against Defendant as a part of the Default Judgment.

This Judgment filed and entered on May 21, 2025, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

May 21, 2025                                                                 Peter A. Moore, Jr.
                                                                                            Clerk of Court


                                                                                  By: /s/ Stephanie Mann
                                                                                              Deputy Clerk